UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELVIN RAYMOND BILLIOT                    CIVIL ACTION

VERSUS                                    NUMBER: 14-2514

DEPUTY MERCADEL                           SECTION: "C"(5)
(MAILROOM-DEPUTY)


### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed pursuant to and 28 U.S.C.

§1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this _9_ day of December, 2014.


HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE